IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JONNIE ANNETTE GOBBELL,
*for the Estate of Rayford Allen Gobbell*,

    Plaintiff,

v.

WAYNE COUNTY, et al.,

    Defendants.

No. 1:12-0134
Chief Judge Haynes

# ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss filed by Advanced Correctional Healthcare (Docket Entry No. 29) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 10th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court